MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
6140 STONERIDGE MALL RD. SUITE 250
PLEASANTON, CA 94588
Telephone: (925) 621-1900
Fax: (925) 621-1901

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: Milton Lathan | Case No. 13-45043 WJL13 |
|---|---|
| Debtor(s) | CHAPTER 13 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,941.36 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 13-45043 WJL13 | MILTON LATHAN<br>2463 RENWICK ST.<br>OAKLAND, CA 94601 | $DEBTOR | $ 1,941.36 |
| | Total Unclaimed Dividends | | $ 1,941.36 |

Dated: February 27, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee